

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br>KOSTA DIAMANTOPOULOS,<br>Debtor | Ch. 13<br>20-11961-FJB |

### PROCEDURAL ORDER ON OBJECTION TO CLAIM OF EXEMPTION

**MATTER:**

#23 Objection to Homestead Exemption with certificate of service filed by Trustee Carolyn Bankowski. (Bankowski-13-12, Carolyn)

1. The Court will hold a telephonic hearing on this objection on December 10, 2020, at 11:30 A.M..

2. If the Debtor (s) contest the objection, they shall file a response to it on or before November 27, 2020 at 4:30 P.M.

3. If no response is timely filed, the Court, in its discretion, may cancel the hearing and sustain the objection without a hearing.

4. Because of concerns about COVID-19, all participants, including attorneys, the Debtor(s), witnesses, affiants, and other attendees shall appear by telephone and may not appear in person. To appear telephonically, attendees shall, at the appointed time of hearing, dial (877) 336-1839 and enter access code 7925100.

5. To facilitate informal discussions similar to those that occur just prior to in-person hearings, the Court requests that the Parties attempt to confer briefly 48 hours prior to the scheduled hearing.

Dated: 10/28/2020

By the Court,

Frank J. Bailey
United States Bankruptcy Judge