In Re: DIAMANTOPOULOS, KOSTA
SSN: xxx-xx-9268
Debtor(s)

Chapter 13
Case No 20-11961-FJB

## NOTICE OF WITHDRAWAL OF
## TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

Now comes Carolyn Bankowski, Standing Chapter 13 Trustee, and respectfully withdraws her Objection to the Debtor's Claim of Exemptions, which objection(s) were filed on October 28, 2020, and for reasons states that the Debtor has cured the grounds alleged in both the Objections.

Dated: **November 9, 2020**         Respectfully submitted,

By: **/s/ Carolyn Bankowski**
Carolyn Bankowski, BBO #630156
Patricia A. Remer, BBO# 639594
Chapter 13 Trustee
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA  02114
13trustee@ch13boston.com

### Certificate of Service

The undersigned hereby certify that a copy of the within Notice of Withdrawal by Chapter 13 Trustee of the Objection to the Debtor's Claim of Exemptions was served upon the Debtor and Debtor's counsel via first class mail, postage prepaid, or by electronic notice at the addresses set forth below.

Dated: **November 9, 2020**         By: **/s/ Carolyn A. Bankowski**

| Kosta Diamantopoulos | Antoinette L. Hall, Esq. |
|---|---|
| 37 Northend Avenue | A.L. Hall & Associates |
| Salem, MA 01970 | P.O. Box 66 |
|  | Allston, MA 02134 |