

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| *In re:*<br><br>KOSTA DIAMANTOPOULOS,<br>   Debtor | Ch. 13<br>20-11961-FJB |

**Order**

**MATTER:**

#46 First Omnibus Objections to Proofs of Claim 1,2,3,7,8 of Claimants Mass Dept of Revenue; EBP Supply Solutions; Mass. Housing Finance Agency; Tyler Stratton; and Cambridge St. Realty Trust filed by Debtor Kosta Diamantopoulos with Notice to Claimants Regarding Response Deadline and certificate of service. (Hall, Antoinette)

The hearing scheduled for February 4, 2021 shall be rescheduled in time only to 11:30 A.M. and shall be telephonic.

Because of concerns about COVID-19, all participants, including attorneys, the Debtor(s), witnesses, affiants, and other attendees shall appear by telephone and may not appear in person. To appear telephonically, attendees shall, at the appointed time of hearing, dial (877) 336-1839 and enter access code 7925100.

To facilitate informal discussions similar to those that occur just prior to in-person hearings, the Court requests that the Parties attempt to confer briefly 48 hours prior to the scheduled hearing.

Dated: 1/21/2021

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge