Dated: 2/5/2021

Granted. The time is hereby extended to February 11, 2021 at 4:30 PM.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

| In re: | |
|---|---|
| Kosta Diamantopoulos | Chapter 13 |
| Debtor. | Case No. 20-11961-FJB |

## SECOND MOTION TO EXTEND FILING DEADLINE

Kosta Diamantopoulos, the above-referenced debtor (the "Debtor"), respectfully moves the Court to enter an order extending, by seven (7) days, the current deadline for filing certain documents (the "Filing Deadline"). In support hereof, the Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code on September 29, 2020. In an order dated December 4, 2020, the Court directed Debtor to file and serve on all creditors and interested parties a further amended plan and motion to approve the same and to file a certificate of such service, all on or before January 4, 2020. Debtor requested additional time to complete documents as he obtained new employment needing additional time to receive his pay advice. An extension to February 4, 2021 had been allowed. Debtor requests a short extension to complete and finalize the documents to be filed with the Court and an additional week is sought. No Parties will be prejudiced by this request.

**WHEREFORE**, the Debtor respectfully moves the Court to enter an order extending the Filing Deadline to and including February 11, 2021; and granting such other and further relief as this Court deems proper and just.

    Kosta Diamantopoulos
    By his attorney,

    /s/ Antoinette L. Hall
    _____
    Antoinette L. Hall (BBO: 567191)
    **A.L. HALL & Associates**
    PO Box 66