

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br> KOSTA DIAMANTOPOULOS, <br>    Debtor | Ch. 13 <br> 20-11961-FJB |

### Order of Dismissal

The Debtor having been ordered to file an amended plan and motion to approve the same on or before February 11, 2021, and the Debtor having failed to do so, this case is hereby <u>dismissed</u>.  See MLBR App. 1, Rule 13-17(c).

Dated: 2/19/2021

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge